# EXHIBIT A
# COMPLAINT TO TRANS UNION, LLC

Heru Spencer
(your name)
PO Box 1376
(your street address)
Bozeman MT 59771
(city, state, zip code)
406 219 6300
(your phone number)
Plaintiff Pro Se

MONTANA 18th JUDICIAL DISTRICT COURT,
(number of district in which your county is located)
Gallatin COUNTY
(name of your county)

Heru Spencer,

Plaintiff,

vs.

Experian, Equifax Inc
RELX Inc, Tranunion
Holding company Inc

Defendant.

Your Cause No. DV-2023-797

Complaint

COMES NOW the Plaintiff, Heru Spencer, respectfully states the following:

1. Experian, Equifax, Trans union and RELX inc. Has Reported my private information without written or verbal consent.

2. Experian, Equifax, Trans union, Relx inc Has violated multiple statutes and the FCRA and FDCPA and continues to do so.

3. Experian, Equifax, Trans union and RELX inc

Complaint
December 27, 2010

Page 1

Has violated My Privacy and My 14th amendment.

4. Experian, Equifax, transunion, RELX inc has Reported incorrect information and has Ignored My written Requests For Remedy.

5. this has Breveted me on getting Jobs, housing, education, Healthcare, Business loans and other opportunities afforded others.

THEREFORE the Plaintiff respectfully asks this court to grant the following:

1. Full Bestatution accord to State Federal laws and statutes and Remedy the FDCPA and FCRA Says I am entiled to.

2. I seek all damages Allowed to be Recovered For My suffering.

3. 

All Rights Reserved
UCC 1-308

(Your signature) MC S
(Print your name) Hesy Spencer
(Date) 8/21/23

Complaint
December 27, 2010

Page 2