IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER,<br><br>    Plaintiffs,<br><br>vs.<br><br>EXPERIAN; EQUIFAX INC.; RELX INC.; TRANSUNION HOLDING COMPANY INC.,<br>    Defendants. | CV 23-65-BMM-KLD<br><br>**ORDER** |

Defendant Trans Union, LLC, moves for the admission of Emily M. Stultz to practice before this Court in this case with Daniel J. Auerbach to act as local counsel.  Ms. Stultz's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Emily M. Stultz pro hac vice is GRANTED on the condition that Ms. Stultz shall do her own work.  This means that Ms. Stultz must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Ms. Stultz may move for the admission pro hac vice of one (1) associate of her firm.  Such associate, if duly

admitted, shall be authorized to participate in this case on the same terms and conditions as Ms. Stultz.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Stultz, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 22nd day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge