IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EXPERIAN; EQUIFAX INC.; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>　　　　　　Defendants. | CV 23-65-H-BMM-KLD<br><br>ORDER |

　　　　On September 19, 2023, Defendant Trans Union, LLC removed this case from the Eighteenth Judicial District Court of Gallatin County, Montana. (Doc. 1). On September 25, 2023, Defendant RELX Inc. filed an amended brief in support of the motion to dismiss that was pending in state court at the time of removal. (Doc. 11). Under the Local Rules of Procedure for the District of Montana governing removal, "[m]otions and other requests directed to the state court are automatically terminated upon removal but may be refiled in this court." L.R. 3.3(a)(3). Accordingly,

　　　　IT IS ORDERED that RELX's filing is construed as a newly filed Motion to

//

//

//

1

Dismiss and Motion for More Definite Statement. (Doc. 11). Response briefs are due on or before October 16, 2023.

DATED this 26th day of September, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge