IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN; EQUIFAX INC.; RELX INC.; TRANSUNION HOLDING COMPANY INC.; <br><br> Defendants. | CV 23-65-H-BMM-KLD <br><br> ORDER |

On September 26, 2023, Defendant Transunion Holding Company Inc. filed a motion to dismiss the Complaint for failure to state a claim for relief pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure. (Doc. 13). Plaintiff Heru Spencer's response brief was due on or before October 17, 2023. *See* Local Rule 7.1(d)(1)(B)(i). Although Plaintiff did not file a response until October 27, 2023 (Doc. 22), given Plaintiff's pro se status the Court will accept the late filing. Under Local Rule 7.1(d)(1)(C), Defendant Transunion has until November 13, 2023, within which to file an optional reply brief in support of its motion to dismiss.

IT IS SO ORDERED.

DATED this 30th day of October, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1