# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| HERU SPENCER, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN; EQUIFAX INC; RELX INC.; TRANSUNION HOLDING COMPANY INC.; <br><br> Defendants. | Case No. 6:23-cv-00065-BMM-KLD <br><br><br> **ORDER GRANTING RELX INC.'S RELX'S MOTION TO DISMISS PURSUANT TO RULE 7.1** |

THIS COURT, having read and reviewed RELX's Notice of Plaintiff's Non-Opposition to RELX's Motion to Dismiss for failure to state a claim, and good cause appearing therefor;

IT IS HEREBY ORDERED that based upon Plaintiff's failure to file his response brief, per this Court's Order and in response to RELX's letter, and pursuant to Local Rule 7.1, the Court grants the relief requested in RELX's Motion to Dismiss in the above captioned for failure to state a claim, as the Motion is well taken due to Plaintiff's non-opposition. The Court hereby dismisses this matter with prejudice. Each party shall pay their respective attorneys' fees and costs.

DATED this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

1