IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

HERU SPENCER,

    Plaintiff,

vs.

EXPERIAN; EQUIFAX INC;
RELX INC.; TRANSUNION
HOLDING COMPANY INC.;

    Defendants.

Case No. 6:23-cv-00065-BMM-KLD

Your Honor,

I the Plaintiff being Pro Se do ask the court to reconsider its order to accept the dismissal, Based on Rule 36. When I filed my answer to the court I had neglected to add the defendant RELX to the answer as it was indented to be an answer to both Trans Union and RELX, as RELX was sending a brief in support of Trans Union. As a Pro Se I thought it was a joint brief asking the court for dismissal. I neglected to add RELX to the brief forward on the top of the brief, a clerical error on my part. If it was procedure to send an answer to them both separately I was unaware as I am not a lawyer and ask the courts pardon, for the oversight.

The brief I send the court on 10/24/23 was intended for both parties, both Trans Union and RELX.

I beg the courts pardon.

Affidavit of Heru Spencer

11/03/2023 *(signature)*

ucc1-308 all rights reserved