IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER,<br><br>         Plaintiff,<br><br>vs.<br><br>EXPERIAN; EQUIFAX INC.; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>         Defendants. | CV 23-65-H-BMM-KLD<br><br>ORDER |

On September 25, 2023, Defendant RELX Inc. ("RELX") filed a motion to dismiss the Complaint for failure to state a claim for relief pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure. (Doc. 11). Plaintiff Heru Spencer's response brief was due on or before October 16, 2023. *See* Local Rule 7.1(d)(1)(B)(i). On October 19, 2023, RELX agreed to allow Plaintiff until November 2, 2023, to respond to RELX's motion to dismiss. (Doc. 24-1). On October 27, 2023, Plaintiff filed a document that the Court has already construed as a response to Defendant Transunion Holding Company Inc.'s motion to dismiss. (Doc. 23). The Court will do the same here, and therefore construes the October 27, 2023, filing as a response to RELX's motion to dismiss.

//

//

1

Under Local Rule 7.1(d)(1)(C), Defendant RELX has until November 21, 2023, within which to file an optional reply brief in support of its motion to dismiss.

IT IS SO ORDERED.

DATED this 7th day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge