Michael L. Rausch, Esq.
Emily M. McCulloch, Esq.
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
Liberty Center, Ste. 302
9 Third Street North
Great Falls, MT 59401
Telephone: 406.403.0041
Fax: 406.453.1634
mike@bkbh.com
emily@bkbh.com

*Attorneys for Relx Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU Spencer,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN; EQUIFAX INC; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>Defendants. | Case No. CV-23-65-H-BMM-KLD<br><br>**DEFENDANT RELX INC.'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE** |

Defendant RELX Inc. ("RELX"), by counsel, hereby requests that the Preliminary Pretrial Conference scheduled for November 28, 2023 at 11:00 a.m. be continued. The reason for the requested continuance is that Defendants Experian

and Equifax, Inc., have not yet appeared and will also be participants in the preliminary pretrial hearing. .

Plaintiff and counsel for Trans Union have been contacted and indicate they do not oppose this motion.

A proposed order for the Court's consideration is filed herewith.

DATED this 7th day of November, 2023.

                BROWNING, KALECZYC, BERRY & HOVEN, P.C.

                By /s/ *Emily M. McCulloch*
                    Michael L. Rausch
                    Emily M. McCulloch

                *Attorneys for Relx Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2023, a true copy of the foregoing was served:

Via ECF to the following parties:

Daniel J. Auerbach
BROWNING, KALEZYC, BERRY & HOVEN, P.C.
201 West Railroad St., Suite 300
Missoula, MT 59802

Emily M. Stutltz (*Pro Hac Vice*)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsvill, IN 46077


Mailed by first-class mail, postage prepaid to the following parties:

Plaintiff Heru Spencer
PO Box 1376
Bozeman, MT 59771


                                         /s/ *Emily M. McCulloch*
                                         BROWNING, KALECZYC, BERRY & HOVEN, P.C.