IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN; EQUIFAX INC; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>Defendants. | Case No. 6:23-cv-00065-BMM-KLD<br><br>**ORDER GRANTING RELX INC.'S MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENC** |

Defendant RELX Inc. ("RELX") having filed a Motion to Continue Preliminary Pretrial Conference, and good cause appearing therefore;

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED, and the Preliminary Pretrial Conference in this matter currently set for November 28th at 11:00 a.m. is VACATED and RESET for _____, 202\_ at _____ a.m./p.m

_____
UNITED STATES DISTRICT COURT JUDGE