Michael L. Rausch, Esq.
Emily M. McCulloch, Esq.
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
Liberty Center, Ste. 302
9 Third Street North
Great Falls, MT 59401
Telephone: 406.403.0041
Fax: 406.453.1634
mike@bkbh.com
emily@bkbh.com

*Attorneys for Relx Inc*.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU Spencer,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN; EQUIFAX INC; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>    Defendants. | Case No. CV-23-65-H-BMM-KLD<br><br>**DEFENDANT RELX INC.'S MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE** |

Defendant RELX Inc. ("RELX"), by counsel, hereby requests that the Preliminary Pretrial Conference scheduled for January 8, 2024 at 11:00 a.m. be continued. The Preliminary Pretrial Conference was previously scheduled for

3254748/7387.002

November 28, 2023, but not all Defendants in the matter had appeared. Defendants Experian and Equifax, Inc., still have not yet appeared and should also be participants in the preliminary pretrial hearing. To complete the stipulated facts and joint discovery plan, RELX asks this Court to vacate the Preliminary Pretrial Conference for January 8, 2024, and the requirements for submission of the joint discovery plan, preliminary pretrial statement, and stipulated facts as Experian and Equifax will need to participate to compile these documents.

Plaintiff and counsel for Trans Union have been contacted. Trans Union does not oppose this Motion. Plaintiff has not responded.

A proposed order for the Court's consideration is filed herewith.

DATED this 22nd day of December, 2023.

                               BROWNING, KALECZYC, BERRY & HOVEN, P.C.

                               By /s/ *Emily M. McCulloch*
                                    Michael L. Rausch
                                    Emily M. McCulloch

                               *Attorneys for Relx Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2023, a true copy of the foregoing was served:

Via ECF to the following parties:

Daniel J. Auerbach
BROWNING, KALEZYC, BERRY & HOVEN, P.C.
201 West Railroad St., Suite 300
Missoula, MT 59802

Emily M. Stutltz (*Pro Hac Vice*)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsvill, IN 46077


Mailed by first-class mail, postage prepaid to the following parties:

Plaintiff Heru Spencer
PO Box 1376
Bozeman, MT 59771


    /s/ *Emily M. McCulloch*
BROWNING, KALECZYC, BERRY & HOVEN, P.C.