Michael L. Rausch, Esq.
Emily M. McCulloch
BROWNING, KALECZYC, BERRY & HOVEN, P.C.
Liberty Center, Ste. 302
9 Third Street North
Great Falls, MT 59401
Telephone: 406.403.0041
Fax: 406.453.1634
mike@bkbh.com

*Attorneys for Relx Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE
HELENA

| | |
|---|---|
| HERU Spencer,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN; EQUIFAX INC; RELX INC.; TRANSUNION HOLDING COMPANY INC.;<br><br>Defendants. | Case No. CV-23-65-H-BMM-KLD<br><br>**DEFENDANT RELX INC.'S UNOPPOSED MOTION TO CONTINUE PRELIMINARY PRETRIAL CONFERENCE** |

Defendant RELX Inc. ("RELX"), by counsel, hereby requests that the Preliminary Pretrial Conference scheduled for January 8, 2024, at 11:00 a.m. be continued. RELX filed a Second Motion to Continue on December 22,2023. At that time, it had not heard from Plaintiff regarding whether the Plaintiff agreed to continue the Pretrial Conference. The Plaintiff did notify RELX that he did not object to the second extension, so RELX now files this Unopposed Motion to Continue.

Initially, the Preliminary Pretrial Conference was scheduled for November 28, 2023, but not all Defendants in the matter had appeared. Defendants Experian and Equifax, Inc., still have not yet appeared and should also be participants in the preliminary pretrial hearing. To complete the stipulated facts and joint discovery plan, RELX asks this Court to vacate the Preliminary Pretrial Conference for January 8, 2024, and the requirements for submission of the joint discovery plan, preliminary pretrial statement, and stipulated facts as Experian and Equifax will need to participate to compile these documents.

Plaintiff and counsel for Trans Union have been contacted and neither opposed this Motion.

DATED this 27th day of December , 2023.

BROWNING, KALECZYC, BERRY & HOVEN, P.C.

By /s/ *Emily M. McCulloch*

Michael L. Rausch

Emily M. McCulloch

*Attorneys for Relx Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December , 2023, a true copy of the foregoing was served:

Via ECF to the following parties:

Dan Auerbach
BROWNING, KALEZYC, BERRY & HOVEN, P.C.
201 West Railroad St., Suite 300
Missoula, MT 59802

Emily M. Stutltz (*Pro Hac Vice*)
SCHUCKIT & ASSOCIATES, P.C.
4545 Northwestern Drive
Zionsville, IN 46077


Mailed by first-class mail, postage prepaid to the following parties:

Plaintiff Heru Spencer
PO Box 1376
Bozeman, MT 59771


    /s/ *Emily M. McCulloch*
BROWNING, KALECZYC, BERRY & HOVEN, P.C.