UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| HERU SPENCER,<br><br>          Plaintiff,<br><br>vs.<br><br>EXPERIAN, EQUIFAX, INC., RELX INC., TRANSUNION HOLDING COMPANY, INC.,<br><br>          Defendant. | Case No. CV-23-65-H-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED that Magistrate Judge DeSoto's Findings and Recommendations (Doc. 47) are ADOPTED IN FULL.
   1. Spencer's claims are DISMISSED WITH PREJUDICE.
   2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff.
   3. The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that  any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit.

   Dated this 24th day of June, 2024.

TYLER P. GILMAN, CLERK

By: <u>/s/ Kelsey Hanning</u>
Kelsey Hanning, Deputy Clerk